1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,         ) Case No. 2:12-CR-00309 JAM
                                       )
12 |             Plaintiff,            )
                                       )
13 |      v.                           )
                                       )
14 | NATHAN HOFFMAN, HUNG C. NGUYEN,   )
   | BROOK MURPHY, STEVEN MARCUS and   )
15 | JESUS BRUCE,                      )
                                       )
16 |             Defendants.           )
   |                                   ) RELATED CASE ORDER
17 | UNITED STATES OF AMERICA,         )
                                       )
18 |             Plaintiff,            )
                                       ) Case No. 2:15-CR-00234 GEB
19 |      v.                           )
                                       )
20 | NATHAN HOFFMAN, HUNG C. NGUYEN,   )
   | and BROOK MURPHY,                 )
21 |                                   )
   |             Defendants.           )
22

23    Examination of the above-entitled actions reveals that these
24 actions are related within the meaning of Local Rule 123 (E.D. Cal.
25 2005).  Accordingly, the assignment of the matters to the same
26 judge is likely to affect a substantial savings of judicial effort
27 and is also likely to be convenient for the parties.
28 ///

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:15-CR-00234 GEB be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CR-00234 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   January 20, 2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge