ROBERT M. HELFEND, SBN 113350
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
(818) 591-2809
rmhelfend@gmail.com

Attorney for Defendant
NATHAN V. HOFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO. 2:15-CR-0234-JAM |
|                                                         ) | |
| Plaintiff,          ) | STIPULATION AND |
|                                                         ) | ORDER CONTINUING SENTENCING |
| v.                                                    ) | HEARING |
|                                                         ) | |
|                                                         ) | |
| NATHAN V. HOFFMAN, et al.,      ) | |
|                                                         ) | |
| Defendants.          ) | |
| _____) | |

COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, NATHAN V. HOFFMAN, by and through his counsel of record, ROBERT M. HELFEND, who do hereby stipulate as follows:

1. That the sentencing in this matter be continued from April 18, 2017 at 9:15 a.m. to June 27, 2017 at 9:15 a.m.

2. This continuance is requested based upon counsel's trial schedule to allow sufficient time to conduct an interview with the Probation Office and to provide appropriate materials to the Probation Department.

Dated: March 6, 2017                    PHILLIP A. TALBERT
                                        United States Attorney

                                        /S/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
                                        United States of America


Dated: March 6, 2017                    /S/ Robert M. Helfend
                                        ROBERT M. HELFEND
                                        Attorney for Defendant
                                        NATHAN V. HOFFMAN


## ORDER

IT IS HEREBY ORDERED that: The sentencing in this matter is continued from April 18, 2017 at 9:15 a.m. to June 27, 2017 at 9:15 A.M.

**IT IS SO ORDERED.**


Dated:   3/6/2017                       /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

2