ROBERT M. HELFEND, SBN 113350
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
(818) 591-2809
rmhelfend@gmail.com

Attorney for Defendant
NATHAN V. HOFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0234-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| NATHAN V. HOFFMAN, et al., | |
| Defendants. | |

COMES NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, NATHAN V. HOFFMAN, by and through his counsel of record, ROBERT M. HELFEND, who do hereby stipulate as follows:

1. Mr. Hoffman participated in his Presentence interview with Probation on May 16, 2017;

2. It is the desire of the Government, Probation and Mr. Hoffman to conduct Mr. Hoffman's Sentencing Hearing on the same date and time as Mr. Nguyen;

3. The Sentencing in this matter be continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 a.m.

| | | |
|---|---|---|
| Dated: June 2, 2017 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | /S/ Jason Hitt |
| | | JASON HITT |
| | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |
| | | United States of America |

Dated: June 2, 2017         /S/ Robert M. Helfend
                            ROBERT M. HELFEND
                            Attorney for Defendant
                            NATHAN V. HOFFMAN

**ORDER**

IT IS HEREBY ORDERED that: The Sentencing in this matter is continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 A.M.

**IT IS SO ORDERED.**

Dated:   6/12/2017           /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE