Robert M. Helfend (Sbn 113380)
23838 Pacific Coast Hwy,
No. 309
Malibu, CA 90265
Rmhelfend@gmail.com
Telephone: 818-591-2809

Law Offices of Ronald Richards & Associates, APC
Ronald Richards, Esq. (SBN 176246)
PO Box 11480
Beverly Hills, CA 90213
310-556-1001 Office
310-277-3325 Fax
email: ron@ronaldrichards.com

Attorneys for Defendant
Nathan V. Hoffman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00234-JAM |
| Plaintiff, | ORDER ON EX PARTE APPLICATION TO PROCEED IN FORMA PAUPERIS; TO APPOINT COUNSEL FOR ANY POSSIBLE APPEAL OR IN THE ALTERNATIVE; EXTEND THE TIME TO FILE AN APPEAL PURSUANT TO FRAP4(b)(4) |
| v. | |
| NATHAN HOFFMAN | |
| Defendants | |

The Court, after considering the ex parte application, make the following order:

1. The motion to appoint counsel and give the defendant in forma pauperis status is GRANTED. The CJA panel or federal public defender's office shall immediately appoint counsel for Mr. Hoffman.

i

EX PARTE APPLICATION TO FOR APPOINTMENT OF COUNSEL FOR ANY POSSIBLE
APPEAL AND/OR TO EXTEND THE TIME TO APPEAL FOR 30 DAYS

2. The motion to extend to file an appeal pursuant to FRAP 4(b)(4) is GRANTED. The time to appeal shall be extended 30 days to appeal the sentencing judgment docket [139] and his pre-sentencing motion for reconsideration and substantive pretrial motions related to docket numbers [113][123] and [124].

DATED: October 26, 2017

/s/ John A. Mendez_____
United States District Court Judge

ii

EX PARTE APPLICATION TO FOR APPOINTMENT OF COUNSEL FOR ANY POSSIBLE APPEAL AND/OR TO EXTEND THE TIME TO APPEAL FOR 30 DAYS